United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 3, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-21049
Summary Calendar
_____

DAVID LUKE,

Plaintiff-Appellant,

versus

SERGEANT PARKER, Baytown Police Department;
CARL WATERS, JR.; DR. JOSEPH PERAINO; DR. SEAL,
Harris County Medical Supervisor; DEPUTY T. TORRIS;
DEPUTY J.H. SHANNON; DEPUTY RONNIE BREWER;
DEPUTY AL TRAPEANO; DEPUTY DAVIS; DEPUTY DOYLE,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4-01-CV-2658
--------------------

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

David Luke, Texas prisoner # 797148, moves for the
appointment of counsel in his appeal from the grant of summary
judgment in favor of the defendants in his civil rights suit.
This court must examine the basis of its jurisdiction on its own
motion if necessary. Mosley v. Cozby, 813 F.2d 659, 660 (5th
Cir. 1987). A timely notice of appeal is a prerequisite to the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

exercise of jurisdiction by this court.  <u>Dison v. Whitley</u>, 20 F.3d 185, 186 (5th Cir. 1994).  Because Luke did not file a timely notice of appeal, this court lacks jurisdiction over the appeal.  <u>Id.</u>; FED. R. APP. P. 4(a)(1)(A).

Luke's motion for the appointment of counsel is DENIED, and the appeal is DISMISSED for lack of jurisdiction.